UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mary L. Cooper |
| v. | : | Crim. No. 06-227 |
| ANTHONY CERES | : | O R D E R |

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant ANTHONY CERES (Robert A. Honecker, Jr., Esq., appearing) to comply with certain conditions of supervised release imposed on January 23, 2004 and commenced on July 13, 2005, and modified by consent order on July 3, 2007, the Court finds:

1. Defendant ANTHONY CERES entered a guilty plea on October 29, 2007, to having violated the condition of his supervised release requiring him to answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

2. Since entering his guilty plea on October 29, 2007, ANTHONY CERES has appeared twice before this Court on December 14, 2007, and February 28, 2008;

3. During this time, ANTHONY CERES has agreed to the removal of all computers from his home and has agreed to refrain from any and all computer access in accordance with the modification of his supervised release conditions on July 3, 2007;

IT IS on this \_\_25th\_\_ day of ~~February~~ (APRIL) 2008,

ORDERED that the term of supervised release is hereby modified to include, in addition to all conditions presently in effect as of this date, the following condition:

1. The defendant shall exclude any and all computers and/or other tools for accessing the internet from his place of residence;

2. The defendant shall refrain from accessing any computer or the Internet by any means.

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction and previous modifications entered in this matter shall remain in full force and effect.

_____
HONORABLE MARY L. COOPER
United States District Judge